UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY ROCKMAN
o/b/o J.R., a minor,

    Plaintiff,                               Civil No. 4:21-cv-12254
                                              Hon. Matthew F. Leitman

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  July 13, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
